JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE FARM GENERAL INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>UNION PACIFIC RAILROAD COMPANY,<br><br>    Defendant. | Case No. CV 20-0066 FMO (AGRx)<br><br>**ORDER DISMISSING ACTION** |

Pursuant to plaintiff's Response to Court's Order to Show Cause re Sanctions or Dismissal (Dkt. 16), IT IS ORDERED THAT the above action is **dismissed without prejudice**.

Dated this 21st day of December, 2020.

                    /s/
                 Fernando M. Olguin
                United States District Judge